```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF OREGON

                              PORTLAND DIVISION



DAN BRINKMAN,                               11-CV-118-BR

            Plaintiff,                      JUDGMENT

v.

KELLY GRANT, Wells Fargo
Regional President, Portland
Oregon; TROY CUNNINGHAM,
Wells Fargo District Manager,
Portland, Oregon; JOHN G.
STUMPF, Wells Fargo C.E.O;
LESLIE WOODLAND, Wells Fargo
Corporate Security, Portland,
Oregon; WELLS FARGO BANK,
corporation; MIKE MONTELEONE,
Wells Fargo Branch Manager,
Portland, Oregon; FEDERAL
BUREAU OF INVESTIGATIONS,
Washington, D.C.; PATRICK
LEAHY, Senator, Chairman of
the Judiciary Committee; and
FEDERAL DEPOSIT INSURANCE
CORPORATION,

            Defendants.


1  -  JUDGMENT
```

Based on the Court's Order (#30 ) issued June 2, 2011, the Court **DISMISSES** this matter **without prejudice.**

IT IS SO ORDERED.

DATED this 2nd day of June, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2  -  JUDGMENT